In the Matter of the Claim of GERTRUDE REICHERTER, Respondent, v. PINKERTON NATIONAL DETECTIVE AGENCY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.